IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| STEVE CUNNINGHAM <br><br> Plaintiff, <br><br> v. <br><br> COMMUNITY OPTIONS, INC. <br><br> Defendant. | CIVIL ACTION <br><br> No.: 21-15717 |

**STIPULATION TO STAY PROCEEDINGS
TO ALLOW FOR ARBITRATION OF CLAIMS**

Plaintiff, Steve Cunningham ("Plaintiff") and Defendants Community Options, Inc. ("Defendant"), by and through their undersigned counsel, hereby state and STIPULATE as follows:

**WHEREAS**, Plaintiff initiated the above-captioned matter on August 19, 2021 alleging discriminatory and retaliatory termination from employment;

**WHEREAS,** Defendant has informed Plaintiff's counsel of an employment-related arbitration agreement; and

**WHEREAS,** by Agreement of the Parties and wishing to avoid unnecessary motion practice and for judicial efficiency, the Parties agree as follows:

1. This matter shall be commenced as an arbitration matter before AAA, raising the same allegations as the Complaint in this action;

2. Pursuant to 9 U.S.C. § 3, the above-captioned matter shall be *stayed* pending arbitration proceedings. *See Lloyd v. HOVENSA, LLC.*, 369 F.3d 263, 269 (3d Cir. 2004);

3. The statute of limitations as to any and all claims asserted in the above-captioned matter shall be treated in arbitration as of the date initiated in federal court; and

4. The Parties have consented to the use of electronic signatures on this Stipulation.

Respectfully Submitted:

By: */s/ David N. Korsen*  
    David N. Korsen, Esq.  
    Karpf, Karpf & Cerutti, PC  
    3331 Street Road  
    Two Greenwood Sq., Suite 128  
    Bensalem, PA 19020  
    Tel: (215) 639-0801  
    dkorsen@karpf-law.com

    *Attorneys for Plaintiff*

Dated: September 24, 2021

By: */s/ Joseph C. Toris*  
    Joseph C. Toris, Esq.  
    Jackson Lewis P.C.  
    200 Connell Drive, Suite 2000  
    Berkeley Heights, NJ 07922  
    Tel: (908) 795-5200  
    Joseph.Toris@jacksonlewis.com  
    *Attorneys for Defendant*

Dated: September 24, 2021

**Case stayed and administratively terminated pending arbitration.**

**So Ordered this 27th day of September, 2021.**

_____  
**Honorable Michael A. Shipp, U.S.D.J.**